## Commonwealth *v.* Wimberley, Appellant.

Submitted December 3, 1973. *James J. DeMarco,* for appellant; *James T. Ranney* and *David Richman,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment affirmed.

SPAULDING, J., absent.

## Commonwealth ex rel. DiSanti, Appellant, *v.* DiSanti.

Argued December 7, 1973. *Gilbert I. Yaros,* with him *I. Raymond Kremer,* and *Kremer, Krimsky and Luterman,* for appellant; *Howard Richard,* with him *Richard, DiSanti & Hamilton,* for appellee.

Order affirmed.

SPAULDING, J., absent.